# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOHN BROWN,

    Plaintiff,

v.
                                      CASE NO: 8:19-cv-01374-SDM-AEP

BARCLAYS BANK DELAWARE,

    Defendant.

_____/

## DEFENDANT BARCLAYS BANK DELAWARE'S
## UNOPPOSED MOTION TO COMPEL ARBITRATION

Defendant, Barclays Bank Delaware, ("Barclays"), through undersigned counsel, hereby files this Unopposed Motion to Compel Arbitration ("Motion") and as grounds therefore state as follows:

1. On June 6, 2019, Plaintiff filed his Complaint against Barclays Bank Delaware, alleging violations of the Telephone Consumer Protection Act ("TCPA"), Florida Consumer Collection Practices Act ("FCCPA"), and Invasion of Privacy ("IOP") related purported telephone calls made to Plaintiff's cellular telephone number (collectively, the "Claims").

2. Plaintiff's claims arise from and relate to the servicing of Plaintiff's Barclays Rewards MasterCard Account ending in 5419  (the "Account").

3. The card-member agreement for the Account (the "Agreement") contains an arbitration provision that governs the Claims asserted in Plaintiff' the Complaint, and requires that arbitration shall be administered by the American Arbitration Association ("AAA"). The Agreement is attached hereto as **Exhibit A.**

4. Based upon the foregoing, the Claims asserted in Plaintiff's Complaint are subject to arbitration.

5. Barclays and Plaintiff have conferred and Plaintiff agrees to arbitrate the claims asserted in the Complaint in lieu of litigating those claims in this Court.

6. Therefore, Barclays seeks an order granting its Unopposed Motion to Compel Arbitration.

**WHEREFORE**, Defendant Barclays Bank Delaware respectfully requests that this Honorable Court enter an Order compelling arbitration.

### LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel certifies that he conferred with Plaintiff's Counsel, Heather Jones, Esq., via email on July 15, 2019, explaining the relief sought herein. Plaintiff's Counsel advised via email on July 17, 2019 that **Plaintiff's has no objection** and is not opposed to arbitration.

Dated: July 29, 2019               Respectfully submitted,

                                   By: /s/ *Brandon T. White*
                                   Brandon T. White, Esq.

Florida Bar No. 106792
Email: bwhite@reedsmith.com
**REED SMITH LLP**
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Telephone: (786) 747-0222
Facsimile: (786) 747-0299
*Attorney for Barclays Bank Delaware*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 29, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record, including:

Heather Jones, Esq.
William "Billy" Peerce Howard, Esq.
The Consumer Protection Firm, PLLC
4030 Henderson Boulevard
Tampa, FL 33629
Telephone: (813) 500-1500, ext 205
Facsimile: (813) 435-2369
Heather@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com

                                          */s/ Brandon T. White*
                                          Brandon T. White, Esq.