UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN BROWN,

    Plaintiff,

v.                                             CASE NO.:  8:19-cv-01374-SDM-AEP

BARCLAYS BANK DELAWARE,

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, JOHN BROWN, and the Defendant, BARCLAYS BANK DELAWARE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

*/s/ Heather H. Jones*
Heather H. Jones, Esq.
Florida Bar No. 0118974
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500, ext. 205
Facsimile: (813) 435-2369
Heather@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*

*/s/ Brandon T. White*
Brandon T. White, Esq.
Florida Bar No. 106792
REED SMITH LLP
1001 Brickell Bay Drive, Suite 900
MIAMI, FLORIDA  33131
Telephone: (786) 747-0222
Facsimile: (786) 747-0299
bwhite@reedsmith.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

 I certify that on June 15, 2020, a copy of the foregoing document was served on all counsel of record via CM/ECF.

          */s/ Heather H. Jones*
          Heather H. Jones, Esq.
          Florida Bar No. 0118974
          William "Billy" Peerce Howard, Esq.
          Florida Bar No. 0103330
          THE CONSUMER PROTECTION FIRM, PLLC
          4030 Henderson Blvd.
          Tampa, FL 33629
          Telephone: (813) 500-1500, ext. 205
          Facsimile: (813) 435-2369
          Heather@TheConsumerProtectionFirm.com
          Billy@TheConsumerProtectionFirm.com
          *Attorney for Plaintiff*