UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN BROWN,

    Plaintiff,

v.                                        CASE NO. 8:19-cv-1374-T-23AEP

BARCLAYS BANK DELAWARE,

    Defendant.
_____/

## ORDER

In accord with the parties' stipulation, this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

ORDERED in Tampa, Florida, on June 16, 2020.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE